### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA ELLIS, | ) |
| Plaintiff, | ) |
| | ) Civil A. No. 18-1549 |
| v. | ) Senior Judge Nora Barry Fischer |
| | ) |
| BANK OF NEW YORK MELLON CORP., | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this 20th day of May, 2020 in accordance with the foregoing Memorandum Opinion,

IT IS HEREBY ORDERED that Defendant Bank of New York Mellon Corporation's Motion for Summary Judgment [35] is GRANTED; and

An appropriate Judgment follows.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: All counsel of record.