IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA ELLIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil A. No. 18-1549 |
| v. ) | Senior Judge Nora Barry Fischer |
| ) | |
| BANK OF NEW YORK MELLON CORP., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JUDGMENT**

AND NOW, this 20th day of May, 2020 the Court having granted the Motion for Summary Judgment filed by Defendant Bank of New York Mellon Corporation,

IT IS HEREBY ORDERED that judgment is entered in favor of Defendant Bank of New York Mellon Corporation and against Plaintiff Lisa Ellis; and

IT IS FURTHER ORDERED that as there are no remaining claims in this action, the Clerk of Court shall mark this case CLOSED.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: All counsel of record.