UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 20-2061
_____

LISA ELLIS,
     Appellant

v.

BANK OF NEW YORK MELLON CORP.
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 2-18-cv-01549)
Honorable Nora B. Fischer, U.S. District Judge
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
on March 1, 2021

Before: KRAUSE, PHIPPS, and FUENTES, *Circuit Judges*

_____

**JUDGMENT**
_____

  This cause came to be considered on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on March 1, 2021.

  On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order of the District Court entered on May 20, 2020, be and the same is

hereby AFFIRMED.  Costs will be taxed against Appellant.  All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: March 4, 2021